FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>      v.<br><br>TONY J. BOLEN (1),<br><br>                 Defendant. | No. 2:23-CR-00074-MKD-1<br><br>ORDER DENYING STIPULATIONS FOR PROTECTIVE ORDERS<br><br>**ECF Nos. 44, 45** |

    Before the Court are two stipulations for protective orders. ECF Nos. 44, 45. The stipulations are identical to those filed at ECF Nos. 30 and 31, the only exception being a change of Defendant Bolen's counsel. The Court granted the stipulations filed at ECF Nos. 30 and 31. *See* ECF Nos. 38, 39. The parties do not explain the need to duplicative filings or duplicative protective orders. Insofar as the parties are concerned that the protective orders entered at ECF Nos. 38 and 39 would not permit Defendant Bolen's new counsel to adequately represent him, the Court clarifies its prior orders below.

**EX PARTE** ORDER – 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 44**, is **DENIED**. The parties' Stipulation for Protective Order Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 45**, is **DENIED**.

2. In each of the Protective Orders filed at **ECF Nos. 38, 39, 40, and 41,** any reference to Defense counsel, Defense team, or prior counsel by name, **SHALL BE CONSTRUED** as including current counsel of record for Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel for Defendant, Magistrate Judge Goeke, and the United States Probation Office.

**DATED** September 26, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

**EX PARTE** ORDER – 2